IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| JULIAN C. LANE, JR. | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | FILE NO. 4:14-cv-00092-WTM-GRS |
| | ) | |
| S BANK | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

THIS MATTER is before the Court upon Defendant's Motion for Leave to Seal Portions of the Brief and Exhibits in Support of its Motion for Summary Judgment. This motion is GRANTED. Defendant is hereby granted leave to file under seal portions of the Brief, Statement of Material Undisputed Facts, and exhibits submitted in support of its Motion for Summary Judgment.

Ordered this the 9th day of April, 2018.

_____
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA