FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 MAY 22 PM 12: 09
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JULIAN C. LANE, JR., <br><br> Plaintiff, <br><br> -vs- <br><br> S BANK, <br><br> Defendant. | Civil Action No. 4:14-CV-00092 |

## ORDER

THIS MATTER is before the Court upon Motion for Leave to Seal Portions of the Brief and Exhibits Referenced in His Response to Defendant's Motion for Summary Judgment. This motion is GRANTED as unopposed. *See* S.D. Ga. L. Civ. R. 7.5 ("Failure to respond within the applicable time period shall indicate there is no opposition to a motion."). Plaintiff is hereby granted leave to file under seal portions of the Brief, Statement of Material Undisputed Facts, and exhibits submitted in support of its Motion for Summary Judgment.

Ordered this the 22nd day of May, 2018

_____
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA