IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JULIAN C. LANE,)
)
    Plaintiff,)
)
v. ) CASE NO. CV414-092
)
S BANK,)
)
    Defendant.)
)

## O R D E R

Before the Court is Plaintiff's Stipulation of Dismissal with Prejudice. (Doc. 83.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE**. Additionally, Defendant's Motion to Dismiss (Doc. 51) and Motion for Summary Judgment (Doc. 69) are **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 18th day of March 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA